AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.  2:26-MJ-149 |
| | ) | |
| Christopher Benavides | ) | |
| | ) | |
| *Defendant(s)* | | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED**

AUG 1 0 2026

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 7, 2026_____ in the county of _____Potter_____ in the
_____Northern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Fernando Burga, DEA SA
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 8/10/26

_____
*Judge's signature*

City and state:     Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:26-MJ-149

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Fernando Burga, being duly sworn, depose and state:

1.      I am a Special Agent (SA) with the Drug Enforcement Administration (DEA). I am assigned to the DEA's Amarillo Resident Office (ARO).  I was hired as a Special Agent with DEA in April 2023, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in August 2023.  In connection with my duties and responsibilities as a Special Agent, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants. Prior to my employment with the DEA, I was a police officer with the Punta Gorda Police Department for 6 years. During that time, as a Patrol Officer assigned to the canine unit. I made numerous narcotics related arrests and assisted in narcotics investigations.

2.      This affidavit is made in support of a complaint and arrest warrant for Christopher BENAVIDES.  I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3.      During an investigation, agents were made aware of Christopher BENAVIDES being a poly-drug trafficker. On August 7, 2026, TFO Jeremy Hoffman applied for and was granted a federal search warrant for BENAVIDES residence, 556 E. Hastings Ave., Amarillo, TX. Agents performed surveillance on BENAVIDES during the day. At approximately 12:17 p.m. BENAVIDES was stopped by an APD marked unit while pulling up to his residence to be detained for the execution of the search warrant.

4.      Once the search warrant was executed several items of contraband were located including methamphetamine and a firearm. The methamphetamine weighed approximately 1 pound. This quantity of methamphetamine is consistent with distribution, as opposed to someone's personal use.

5.      Agents conducted an interview with BENAVIDES. During the interview, BENAVIDES admitted to possession and knowledge of the methamphetamine and the firearm. BENAVIDES also admitted he was currently on parole and was unable to legally own a firearm. A large amount of US Currency was also located on BENAVIDES's

Page **1** of **2**

person as well as several places in the residence. The amount of currency was consistent with drug distribution. BENAVIDES is a convicted felon.

6.    Based upon the foregoing, there is probable cause to believe that Christopher Benavides did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

_____
Fernando Burga
DEA Special Agent


Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 10th day of ___August___, 2026.


August 10, 2026,                    at    Amarillo, Texas
Date                                          City and State


Lee Ann Reno, U.S. Magistrate Judge        _____
Name and Title of Judicial Officer          Signature of Judicial Officer


_____
Anna Marie Bell
Assistant United States Attorney